# EXHIBIT C



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*Schuylkill, Minersville, PA 17954-0700*

Flora Edwards, Esquire
Attorney At Law
115 Broadway, Suite 1505
New York, NY 10006

JUN 01 2020

RE: IDA, James
REG. NO. 43064-054

Dear Ms. Edwards:

This is in response to your recent letter dated May 12, 2020, in reference to James Ida, an inmate presently confined at the Schuylkill Federal Correctional Institution. Specifically, you request Mr. Ida be considered for direct Home Confinement or Compassionate Release/Reduction in Sentence (RIS) as a result of the recent pandemic spread of the Novel Coronavirus Disease (COVID-19). In Mr. Ida's case, you ascertain that he is likely to suffer dire consequences if he were to contract COVID-19. Specifically, Mr. Ida has been treated for Parkinson's disease, chest pain, shortness of breath and hypertension. In addition, he is experiencing involuntary tremors, muscle stiffness, slowed movements, problems with balance, and other symptoms.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

According to Mr. Ida's most recent medical review, he is currently stable with a good prognosis. Mr. Ida is currently able to independently adapt to activities of daily living and is able to perform self-maintenance activities in a correctional environment. In addition, Mr. Ida is not eligible for home confinement based on the Attorney General's criteria. Specifically, Mr. Ida has a current offense that is violent, which disqualifies him from consideration.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about Mr. Ida being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from his sentence. It should be also noted at this time, FCI Schuylkill does not have any confirmed COVID-19 staff or inmate cases.

As you are aware, this disease is considered a pandemic, affecting us worldwide and, as such, there is no area without risk of contracting this disease. Moreover, his placement at FCI Schuylkill does not increase his risk of contracting COVID-19 as opposed to his release to the community.

Accordingly, your request for direct home confinement, Compassionate Release/Reduction in Sentence (RIS) under the Coronavirus Aid, Relief and Economic Security (CARES) Act is denied. I trust this addresses your concern.

Sincerely,

*[signature]*

Scott Finley
Warden