UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-             S1 96-cr-0430 (LAK)

JAMES IDA, etc.,

         Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    If the government opposes the defendant's motion to reduce sentenced, it shall file its response no later than December 21, 2020.

    SO ORDERED.

Dated:   December 3, 2020

                   Lewis A. Kaplan
                United States District Judge