UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                     s1 96-CR-0430 (LAK)

JAMES IDA,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Any reply papers in support of defendant's motion for compassionate release shall be filed no later than December 31, 2020.

        SO ORDERED.

Dated:     December 22, 2020

                                                           Lewis A. Kaplan
                                                      United States District Judge