Case 1:96-cr-00430-LAK Document 720 Filed 08/25/20 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JAMES IDA,

                        *Defendant.*
------------------------------------------------------------x

**MEMO ENDORSED**

NOTICE OF MOTION

96 Cr. 430 (LAK)

COUNSEL:

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Flora Edwards, attorney duly admitted to practice in the U.S. District Court of the Southern District of New York, the <u>Motion and Memorandum of Law</u> and all prior proceedings heretofore had herein, the Defendant, James Ida, shall move this Court, before the Hon. Lewis A. Kaplan, at the courthouse located at 500 Pearl Street, New York, New York, as soon as counsel can be heard for an Order, granting his motion for compassionate release under <u>18 U.S.C. §3582(c)(1)(A)</u>, or in the alternative for an Order that the remainder of his sentence to be served on home confinement and for such other and further relief which this Court may deem necessary, just or proper.

Dated: August 10, 2020
New York, NY

TO: U.S. Attorney for the Southern
District of New York
The Silvio J. Mollo Building
One Saint Andrews Plaza
New York, New York 10007

Yours, etc.

/s/ *Flora Edwards*

Flora Edwards, Esq. (0808)
*Attorney for James Ida*
115 Broadway - Suite 1703
New York, New York 10038
(212) 785-3344
fedwards@fmelawpc.com

*Motion denied substantially for the reasons stated in the gov'ts opposition.*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/25/22