UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                                                 96-cr-0430 (LAK)

JAMES IDA,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       A reply letter of defendant's counsel in support of his motion for compassionate release reached the undersigned following the denial of that motion. The Court has reconsidered its ruling in light of that letter, but adheres to its decision denying relief.

       SO ORDERED.

Dated:     January 28, 2021

                                                                      Lewis A. Kaplan
                                                           United States District Judge