# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:43064-054, Last Name:IDA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 43064-054 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (0) |
|   Last.........: IDA |   Violent Level......: R-MIN (5) |
|   First........: JAMES | Security Level Inmate: HIGH |
|   Middle.......: | Security Level Facl..: ADMIN |
|   Suffix.......: | Responsible Facility.: DEV |
| Gender.........: MALE | Start Incarceration..: 10/07/1997 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 2

General Score: -6, Violent Score: -2

Risk Item Data

  Category - Assignment - Start         - Stop

  EDC      THEAT.HIST   02/25/1998 14:30   02/25/1998 14:30

  EDC      ED A/O AM    11/02/2011 14:10   11/02/2011 14:10

----

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data

  No Data

---

```
DEVEO  606.00 *           MALE CUSTODY CLASSIFICATION FORM       *    08-06-2024
PAGE 001 OF 001                                                       14:09:49
                              (A) IDENTIFYING DATA
   REG NO..: 43064-054           FORM DATE: 07-09-2024          ORG: DSC
   NAME....: IDA, JAMES
                                    MGTV: MED/PSY     PSF WAV
   PUB SFTY: GRT SVRTY,SENT LGTH    MVED: N/A         N/A
                              (B) BASE SCORING
   DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
   MOS REL.: 540                   CRIM HIST SCORE: (02) 2 POINTS
   ESCAPES.: (0) NONE              VIOLENCE.......: (1) > 10 YRS MINOR
   VOL SURR: (0) N/A               AGE CATEGORY...: (0) 55 AND OVER
   EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (1) AVERAGE
   LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---
   BASE  CUST  VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
   +10   +19     -3         +7         HIGH          LOW           IN    DECREASE



   G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

## FSA Needs Reassessment

Register Number:43064-054, Last Name:IDA

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 43064-054<br>Inmate Name<br>  Last.........: IDA<br>  First........: JAMES<br>  Middle.......:<br>  Suffix.......:<br>Gender.........: MALE | Responsible Facility: DEV<br>Assessment Date.....: 07/24/2024 |

**Needs Reassessment Worksheet Summary**

| Need Area | Before/After | Assignment | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
|  | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
|  | After | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
|  | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
|  | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
|  | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
|  | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
|  | After | N-MEDICL Y | NEED - MEDICAL YES |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
|  | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
|  | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
|  | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA R | NEED - TRAUMA REFUSE |
|  | After | N-TRAUMA R | NEED - TRAUMA REFUSE |
| Work | Before | N-WORK Y | NEED - WORK YES |
|  | After | N-WORK Y | NEED - WORK YES |

```
 DEVEO   540*23  *          SENTENCE MONITORING         *   08-06-2024
 PAGE 001         *          COMPUTATION DATA            *   14:08:39
                             AS OF 08-06-2024
```

REGNO..: 43064-054 NAME: IDA, JAMES

```
FBI NO............: 7945G            DATE OF BIRTH: 11-17-1939  AGE:  84
ARS1..............: DEV/A-DES
UNIT..............: 1 CC             QUARTERS.....: P03-092L
DETAINERS.........: NO               NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

THE INMATE IS PROJECTED FOR RELEASE: LIFE


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:96CR00430-003
JUDGE...........................: KAPLAN
DATE SENTENCED/PROBATION IMPOSED: 10-07-1997
DATE COMMITTED..................: 01-29-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS    MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $350.00          $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00
```

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
```
OFFENSE CODE....:   547     18:1959 RACKETEERING
OFF/CHG: 18 USC 1959(A)(5) - CONSPIRACY TO COMMIT MURDER;
         18 USC 1341 - MAIL FRAUD

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO 020 AND 030
 DATE OF OFFENSE................: 06-30-1991
```


G0002        MORE PAGES TO FOLLOW . . .

```
DEVEO  540*23  *      SENTENCE MONITORING       *    08-06-2024
PAGE 002        *       COMPUTATION DATA         *    14:08:39
                        AS OF 08-06-2024

REGNO..: 43064-054 NAME: IDA, JAMES


REMARKS.......: 10 YEARS ON COUNTS 9 AND 11, 5 YEARS ON COUNT 44, EACH TO RUN
                CONCURRENTLY.

------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  543     18:1955 RACKETEERING
OFF/CHG: 18 USC 1955 - OPERATING AN ILLEGAL GAMBLING BUSINESS;
         18 USC 1341 - MAIL FRAUD; 18 USC 371 - CONSPIRACY TO COMMIT
         INTERSTATE TRANSPORTATION OF STOLEN PROPERTY.

 SENTENCE PROCEDURE.............: 3559 VCCLEA VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:       5 YEARS
 TERM OF SUPERVISION............:       3 YEARS
 CLASS OF OFFENSE...............: CLASS D FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO 010 AND 030
 DATE OF OFFENSE................: 09-30-1994

 REMARKS.......: 5 YEARS ON COUNTS 18, 21, 45 AND 58, ALL TO RUN CONCURRENT.

------------------------CURRENT OBLIGATION NO: 030 -------------------------
OFFENSE CODE....:  153     18:286,371 FRAUD, OTHER
OFF/CHG: 18 USC 371 - CONSPIRACY TO DEFRAUD THE U.S.

 SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:       5 YEARS
 TERM OF SUPERVISION............:       3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CC TO 010 AND 020
 DATE OF OFFENSE................: 01-31-1995

 REMARKS.......: 5 YEARS ON COUNT 59 TO RUN CONCURRENT WITH ALL OTHER COUNTS.




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVEO   540*23  *      SENTENCE MONITORING       *    08-06-2024
 PAGE 003         *       COMPUTATION DATA        *    14:08:39
                          AS OF 08-06-2024
```

REGNO..: 43064-054 NAME: IDA, JAMES


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-16-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-16-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 010 030

```
DATE COMPUTATION BEGAN..........: 10-07-1997
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 SRA / VCCLEA
TOTAL TERM IN EFFECT............:    10 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    10 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-30-1991

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     06-10-1996    10-06-1997

TOTAL PRIOR CREDIT TIME.........: 484
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 470
STATUTORY RELEASE DATE PROJECTED: 02-24-2005
ELDERLY OFFENDER TWO THIRDS DATE: 02-08-2003
EXPIRATION FULL TERM DATE.......: 06-09-2006
TIME SERVED.....................:     8 YEARS       8 MONTHS      15 DAYS
PERCENTAGE OF FULL TERM SERVED..: 87.1
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 02-24-2005
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: DSC
ACTUAL SATISFACTION KEYED BY....: RBT

DAYS REMAINING..................: 470
FINAL PUBLIC LAW DAYS...........: 0
```

REMARKS.......: 04-16-13: ASSESSMENT UPDATED DUE TO CONVICTION ON CT-9 BEING
                REVERSED/COURT ORDER DATED 09-05-12. D/SPS




G0002       MORE PAGES TO FOLLOW . . .

```
DEVEO   540*23  *           SENTENCE MONITORING           *    08-06-2024
PAGE 004         *            COMPUTATION DATA            *    14:08:39
                            AS OF 08-06-2024
```

REGNO..: 43064-054 NAME: IDA, JAMES

```
FBI NO...........: 7945G                DATE OF BIRTH: 11-17-1939  AGE: 84
ARS1.............: DEV/A-DES
UNIT.............: 1 CC                 QUARTERS.....: P03-092L
DETAINERS........: NO                   NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

THE INMATE IS PROJECTED FOR RELEASE: LIFE


------------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:96CR00430-003
JUDGE...........................: KAPLAN
DATE SENTENCED/PROBATION IMPOSED: 10-07-1997
DATE COMMITTED..................: 01-28-1998
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS   MISDMNR ASSESS    FINES            COSTS
NON-COMMITTED.: $150.00         $00.00            $00.00           $00.00

RESTITUTION...: PROPERTY:  YES   SERVICES:  NO        AMOUNT:  $00.00
```

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:   545     18:1962 RACKETEER (RICO)
OFF/CHG: 18 USC 1962(D) - RACKETEERING CONSPIRACY; 18 USC 1962(C) -
        RACKETEERING; 18 USC 371 - CONSPIRACY

```
 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............:      5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 12-04-1996
```




G0002       MORE PAGES TO FOLLOW . . .

REGNO..: 43064-054 NAME: IDA, JAMES


REMARKS.......: LIFE ON COUNTS 1 AND 2, 5 YEARS ON COUNT 43, TO BE SERVED
                CONCURRENTLY.  FORFEITED PROPERTY: PROPERTY AT 157 BEAVER DAM
                RD, KATONAH, NY; 1990 GRADY 24' FIBERGLASS BOAT; 1990 COX BOAT
                TRAILER; SUM OF MONEY EQUAL TO $1,000,000.00 LESS THE FAIR
                MARKET VALUE OF PREVIOUSLY ENUMERATED PROPERTY.

-------------------------------CURRENT COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-08-2010 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-08-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 10-07-1997
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
EARLIEST DATE OF OFFENSE........: 12-04-1996

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       06-10-1996     10-06-1997

TOTAL PRIOR CREDIT TIME.........: 484
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE
TIME SERVED.....................:       28 YEARS      1 MONTHS      28 DAYS


G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 43064-054 NAME: IDA, JAMES


PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE

          08-08-10: COMP ASSUMED, NO CHANGES. D/JIT
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 DEVEO             *       INMATE EDUCATION DATA          *    08-06-2024
PAGE 001 OF 001 *               TRANSCRIPT                *    14:10:40

REGISTER NO: 43064-054    NAME..: IDA                      FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: DEV-DEVENS FMC

------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
DEV  ESL HAS    ENGLISH PROFICIENT          08-08-1996 1512 CURRENT
DEV  GED HAS    COMPLETED GED OR HS DIPLOMA 08-08-1996 1511 CURRENT

-------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
OTV GP     EDUCATION ORIENTATION - AM   11-02-2011 11-02-2011  P   C  P    3
LEW        ACE THEATRICAL HISTORY       02-25-1998 06-23-1999  P   C  P   64
OTV        PARENTS BARROW GAMES IN VR   06-06-1997 06-06-1997  P   C  P    3
OTV        VISITING ROOM READING PROGRAM 11-24-1996 11-24-1996 P   C  P    3
OTV DCU    ORIENTATION, MON-WED, ALL DAY 08-12-1996 08-14-1996 P   C  P   18




















G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
DEVEO              *          INMATE DISCIPLINE DATA            *    08-06-2024
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD       *    14:09:12

REGISTER NO: 43064-054 NAME..: IDA, JAMES
FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 08-06-2024
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1522887 - SANCTIONED INCIDENT DATE/TIME: 10-12-2006 0935
DHO HEARING DATE/TIME: 11-09-2006 0915
FACL/CHAIRPERSON.....: LEW/CHAMBERS B
REPORT REMARKS.......: DISAGREEMENT WITH GERITANO #02681-748, STATED THEY ARE
                       OKAY TO GO TO POP
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:   LAW:
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```